UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  OHIO
WESTERN  DIVISION

ABDULLAH LUQMAN,                    :     Case No. 1:17-cv-132
                                    :
       Plaintiff,                   :     Judge Timothy S. Black
                                    :     Magistrate Judge Karen L. Litkovitz
vs.                                 :
                                    :
KEVIN A. ILLING, *et al.*,      :
                                    :
       Defendants.                  :


**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATIONS**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court and, on July 5, 2017, submitted a

Report and Recommendations recommending dismissal of this action with prejudice for

lack of prosecution.  (Doc. 7).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

all of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such Report and Recommendations should be and is hereby adopted in

its entirety.  Accordingly, **IT IS ORDERED** that Plaintiff's complaint is **DISMISSED**

**WITH PREJUDICE** for lack of prosecution and for failure to obey a Court order.  The

Clerk shall enter judgment accordingly, whereupon this case shall be **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Date: 8/16/17

Timothy S. Black
United States District Judge